2
DOUGLAS M. WHATLEY, CHAPTER 7 TRUSTEE
P.O. Box 538
Folsom, CA 95763-0538
Tel:  (916) 358-9345
E-mail:  2dougwhatley@gmail.com

# UNITED   STATES   BANKRUPTCY   COURT

## EASTERN   DISTRICT   OF   CALIFORNIA

### SACRAMENTO   DIVISION

| | |
|---|---|
| In re: | Case No. 16-21246 |
| VIGOS, JOHN W | DCN:     DMW - 1 |
|           Debtor. | Date:     March 27, 2017 |
| | Time:     10:00 A.M. |
| | Courtroom:  28 |
| | Dept:  A (Judge Michael S. McManus) |

**TRUSTEE'S  MOTION  TO  SELL  ESTATES INTEREST IN REAL PROPERTY**

The undersigned, Douglas M. Whatley, ("Seller') the court-appointed Trustee in the above-referenced case, hereby moves this Court for authority to sell the estate's non-exempt partial interest in real property, vacant land (91.53 ±Acres), known as Parcel No.# 06-0143-001, Legal Description: Lots 3,6,&7, SED 28, TWP 22 SR 16, E. , located in Emery County, Utah. (hereinafter referred to as the "Subject Property") to Andco Farms, Inc. for $7,500.00. The sale will be subject to existing liens and encumbrances, if any, to be paid through escrow from the proceeds of the sale. The sale is an "as is" and "where is" sale with no guarantees or warrantees.

1.    Debtor filed for relief under Chapter 7 petition on February 29, 2016.

2.    The Debtor listed the Subject Property in the petition, under Schedule A – Real Property, as "RAW LAND – 91 Acres in Green River, UT" and valued at $2,100.00."

3.    The Seller is unaware of any liens on the property. The Seller wishes to sell the estate's non-exempt interest in the Subject Property "as is" and "where is" with no guarantees or warranties to Andco Farms, Inc. for $7,500.00 as stated in the Purchase Sale Agreement. The Buyer has submitted a check in the amount of $500.00 to the Seller which is being held in Trustee's Debtor's trust account. The Seller believes it is in the best interest of the estate to sell the estate's non-exempt interest in the Subject Property to the Andco Farms, Inc. for $7,500.00.

4.    The Seller requests that the Court only approve overbids presented at the hearing that meet the following criteria:

    a) Overbidding shall start at $8,500.00 and shall be in minimum increments of $250.00.

    b) To qualify as a bidder, the bidder must bring to the Court (or if appearing by telephone, deliver to the Seller) a Cashier's Check or a Certified Check for $500.00.  The Cashier's Check or Certified Check shall serve as a non-refundable deposit if the overbid is successful.

    c) The successful bidder must deliver to the Seller a Cashier's or Certified check for the overbid amount price within 48 hours of Court approval of the sale.

    d) Escrow to close within 30 days of Court Approval.

5.   The Seller further seeks authority to execute any and all additional conveyances necessary to consummate the sale.

6.   The Seller further seeks a waiver of the fourteen day (14) waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

WHEREFORE, Douglas M. Whatley, Trustee/Seller respectfully requests he be authorized to sell to Andco Farms, Inc. the estate's Partial Interest in the vacant land (91.53 ±Acres), known as Parcel No.# 06-0143-001, Legal Description: Lots 3,6,&7, SED 28, TWP 22 SR 16, E. , located in Emery County, Utah, subject to the terms and conditions stated in the Purchase Sale Agreement. The sale is "as is" and "where is" with no warranties, guarantees or promises whatsoever, and authorize the Seller to execute any and all documents that may be necessary to effectuate the sale. The Seller wishes to waive the fourteen day waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

Respectfully submitted,                        By:  /s/ Douglas M. Whatley

DATED: January 31, 2017                 Douglas M. Whatley, Chapter 7 Trustee